UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CLAYTON VINES, #1027129**

      **Petitioner,**

v.                                                            Case No.: 2:24cv392

**COMMONWEALTH OF VIRGINIA**
**DEPARTMENT OF CORRECTIONS,**

      **Respondent.**

## FINAL ORDER

This matter is before the Court on *pro se* Petitioner Clayton Vines' ("Petitioner") Amended Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (the "Petition"). ECF No. 13. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b), and Eastern District of Virginia Local Civil Rule 72. In a Report and Recommendation entered on August 6, 2025, the Magistrate Judge recommended the Petition be denied and dismissed without prejudice due to Petitioner's failure to exhaust his administrative remedies. ECF No. 21. Petitioner was advised of his right to file written objections to the Report and Recommendation. *Id.* at 5–6. Petitioner did not file any objections with the Court.[1]

---

[1] Following the Report and Recommendation, Petitioner filed a document titled "Motion for Exception," in which he states he is "making note of his excepting of the Honorable Court's ruling…" and that "he would non-suit his federal 28 U.S.C. § 2254, to exhaust his state court proceedings, so after his 'full exhaustion' he would then be properly exhausted before the state courts." ECF No. 23 at 1. Petitioner asks that the Court "acknowledge[] his nonsuit of his federal 28 U.S.C. § 2254 to allow him a chance to exhaust his state procedures." *Id.* at 2. Nonsuits are no longer used in federal courts, but the analogous procedure is a voluntary dismissal under Federal Rule of Civil Procedure 41. *Scoggins v. Douglas*, 760 F.2d 535, 538 (4th Cir. 1985). Construing Petitioner's filing as a motion to voluntarily dismiss, the motion, ECF No. 23, is **DISMISSED as MOOT** for the reasons explained in this Final Order.

Having reviewed the record and having heard no objection, the Court agrees with the Report and Recommendation on the grounds stated by the Magistrate Judge and **ADOPTS** and **APPROVES** the Report and Recommendation, ECF No. 21, in its entirety as the Court's own opinion. Accordingly, the Amended Petition, ECF No. 13, is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

The Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a *written* notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment.

The Petitioner has not demonstrated a substantial showing of the denial of a constitutional right, and therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. *See Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003).

The Clerk is **DIRECTED** to forward a copy of this Final Order to Petitioner.

**IT IS SO ORDERED**.

_____
Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
September 19, 2025